## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**KEITH JACKSON,**
        **Plaintiff,**

    v.                                                      Case No. 12-CV-00058

**DR. SCOTT HOFTIEZER, et al.,**
        **Defendants.**

## ORDER

I am in receipt of plaintiff's letter dated May 3, 2013. He attached a copy of his earlier motion to compel and the nursing schedules he received from defendants. Plaintiff suggests that what defendants provided is not recognizable or comprehensible. He asks for a time schedule with "regular times and numbers" and states that he needs this for summary judgment and for trial. However, as indicated in my April 2, 2013 order, discovery is closed and I will not allow plaintiff to serve additional discovery requests after the discovery deadline. I will, however, provide plaintiff with an extension of the deadline for him to supplement his response to defendants' motion for summary judgment in case he has been waiting to hear from the court before preparing his response.

**THEREFORE, IT IS ORDERED** that plaintiff's request for specific work schedule of specific employees (Docket #100) is **DENIED**.

**IT IS FURTHER ORDERED** that on or before **Monday, June 10, 2013**, plaintiff may supplement his response to the defendants' motion for summary judgment and/or file his own motion for summary judgment. Defendants' deadlines to reply and/or respond will be based on Civil Local Rule 56(b) (E.D. Wis.).

Dated at Milwaukee, Wisconsin, this 20th day of May 2013.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge

2

Case 2:12-cv-00058-LA   Filed 05/20/13   Page 2 of 2   Document 101