# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEITH JACKSON,**

        **Plaintiff,**

        v.                                                     Case No. 12-CV-0058

**DR. SCOTT HOFTIEZER,**
**RN JEN KOEHLER, and**
**RN KIM LEBRECK,**
        **Defendants.**

## DECISION AND ORDER

At a settlement conference held March 3, 2015, the parties reached a resolution of this case. However, after the Wisconsin Department of Justice forwarded the settlement funds to plaintiff's pro bono counsel, an issue arose with regard to plaintiff opening a bank account to hold the settlement proceeds while he is incarcerated. I conducted two telephone status conferences with the parties to discuss the issue. Ultimately, plaintiff has agreed that the settlement funds (after a distribution directed by plaintiff) should be placed on deposit with the Clerk of Court until he is released from custody.

Pursuant to this order, plaintiff's pro bono counsel shall forward the funds to be deposited to the Clerk of Court with a copy of this Order. The Clerk of Court will deposit those funds with the United States Treasury, where they will be invested in the Court Registry Investment System (CRIS), an interest-bearing account. Once plaintiff is released from custody, he (or his successor in interest) will have to request a court order to disburse the funds.

**THEREFORE, IT IS ORDERED** that plaintiff may forward settlement proceeds from this case to the Clerk of Court to be invested in the Court Registry Investment System at the United States Treasury.

**IT IS FURTHER ORDERED** that, upon plaintiff's release from custody, he must seek a court order to disburse the funds.

Dated at Milwaukee, Wisconsin, this 31st day of August, 2015.

s/ Lynn Adelman

LYNN ADELMAN
District Judge