# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEITH JACKSON,**

       **Plaintiff,**

       v.                                         Case No. 12-CV-0058

**DR. SCOTT HOFTIEZER,**
**RN JEN KOEHLER, and**
**RN KIM LEBRECK,**
       **Defendants.**

## DECISION AND ORDER

On August 31, 2015, I entered an Order directing plaintiff's counsel to forward settlement proceeds from this case to the Clerk of Court to be invested in the Court Registry Investment System until plaintiff is released from custody. I also directed plaintiff to seek a court order to disburse the funds upon his release from custody. The court received the settlement funds on September 29, 2015, and deposited them in plaintiff's name with the Court Registry Investment System.

Plaintiff submitted a letter, a motion, and a declaration on October 21, 2015. He suggests that he never agreed to seek a court order to obtain his funds once he is released. He believes an order is not necessary and asks me to remove or reverse that requirement, or make a new order. Plaintiff wants to obtain the funds plus interest at any time after his release from incarceration without a court order. He wants to withdraw his funds by presenting a photo identification to the Clerk of Court in the federal courthouse in either Madison or Milwaukee.

A court order is necessary to deposit and to withdraw funds from the Court Registry Investment System. Once plaintiff is released, he should file a motion with the court asking for the release of the funds. Plaintiff may specify in his motion asking for the release of his

funds how he would like them delivered and provide the address to which the funds should be mailed. Alternatively, plaintiff may pick up the check in person at the United States Courthouse in Milwaukee or Green Bay, but only after an order is entered. I note that the United States District Court for the Eastern District of Wisconsin has Offices of the Clerk of Court in Milwaukee and Green Bay. The federal courthouse in Madison is part of the United States District Court for the Western District of Wisconsin and will not be able to disburse the funds.

Plaintiff also asks that he be provided a statement showing the interest earned on his investment every six months and that the earnings be reinvested or placed on additional bond. The Court Registry Investment System does not customarily provide account statements, and the amount of interest earned on the funds at this time is low (though all interest is automatically reinvested). The court will not provide plaintiff with statements automatically. However, plaintiff may request a statement once a year, beginning October 1, 2016. Upon receipt of the annual requests, the court will prepare and mail a statement.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for order (Docket #164) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 9th day of November, 2015.

                       s/ Lynn Adelman

                       LYNN ADELMAN
                       District Judge